# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| CECILIO ELIZONDO,<br><br>    Plaintiff,<br>v.<br><br>HUMANA INC.,<br><br>    Defendant. | Case No. 2:17-cv-00330<br><br>Honorable Judge Hilda G. Tagle |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CECILIO ELIZONDO, and the Defendant, HUMANA INC., by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of all claims against the Defendant with prejudice. This dismissal disposes of the entire action.

Dated: March 29, 2018                                                     Respectfully Submitted,

**CECILIO ELIZONDO**                                                     **HUMANA INC.**

/s/ Nathan C. Volheim                                                     /s/ Seth H. Corthell (*with consent*)
Nathan C. Volheim                                                         Seth H. Corthell
*Counsel for Plaintiff*                                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                                   Jaszczuk P.C.
2500 S. Highland Avenue, Suite 200                                        311 South Wacker Drive, Suite 3200
Lombard, Illinois 60148                                                   Chicago, IL 60606
Phone: (630) 575-8181                                                     Phone: (312) 442-0401
Fax :( 630) 575-8188                                                      scorthell@jaszczuk.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim\_\_\_\_\_
Nathan C. Volheim